UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRIUS DESHAWN ROBERTSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-476** |
| **DEPUTY T. WHITE** | **SECTION "H" (2)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.   Therefore, the foregoing reasons,

It is therefore **ORDERED** that Demetrius Deshawn Robertson's § 1983 claims against defendant Deputy T. White be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 24th day of October, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**